UNIVERSAL C. I. T. CREDIT CORPORATION et al., Appellants,

v.

Clark MILLS et al., d/b/a Economy Motor Company, Appellees.

Court of Appeals of Kentucky.

May 3, 1957.

Robert J. Watson, Middlesboro, Herschel M. Sutton, Corbin, for appellants.

Lester L. Parrott, Barbourville, for appellees.

PER CURIAM.

This case is before us on motion for an appeal under KRS 21.080.

The case was tried before the court without submission to a jury, and the appel-

lees, defendants below, obtained a judgment for $818.63 on their counterclaim.

We have considered the contentions of counsel, and conclude that the judgment is correct.

The motion for an appeal is overruled and the judgment is affirmed.